UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>     v.<br><br>LORENZO HERNANDEZ,<br><br>                       Defendant. | CASE NO.:   20CR3835-JLS<br><br>ORDER CONTINUING MOTION HEARING/TRIAL SETTING |

**IT IS HEREBY ORDERED** that the joint motion requesting the motion hearing/trial setting currently set for April 9, 2021 be continued to **May 14, 2021 at 1:30 p.m.** is **GRANTED.** For the reasons set forth in the joint motion, the time between the filing of this motion and May 14, 2021 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B) in the interests of justice, due to pending motions, and to allow counsel to adequately prepare.

**IT IS SO ORDERED.**

Dated: April 7, 2021

Hon. Janis L. Sammartino
United States District Judge

20CR3835-JLS